**ORIGINAL**



$50 FEE PAID

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ESTATE OF WILLIAM RYLAND MATTERN, III, et al., | * | |
| | * | |
| Plaintiffs, | | Case No. JFM 02 CV 1109 |
| vs. | * | |
| HONEYWELL INTERNATIONAL INC., | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*

### MOTION FOR ADMISSION PRO HAC VICE

I, David W. Stamper, am a member in good standing of the bar of this Court. My bar number is 26750. I am moving the admission of Glenn E. Butash to appear *pro hac vice* in this case as counsel for defendant Honeywell International Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of New York | 3/21/88 |
| State of New Jersey | 12/30/99 |
| United States District Court for the Southern District of New York | 4/19/88 |
| United States District Court for the Eastern District of New York | 5/17/88 |
| United States District Court for the Northern District of New York | 7/14/92 |
| United States District Court for the Eastern District of Michigan | 10/6/95 |
| United States District Court for the District of New Jersey | 2/1/00 |
| United States Court of Appeals for the Second Circuit | 1/31/96 |



904951A02071702

United States Court of Appeals
for the Seventh Circuit                                    4/13/01.

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court _0_ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT                                              PROPOSED ADMITTEE

_____                          _____
Signature                                           Signature

DAVID W. STAMPER, ESQ.                              GLENN E. BUTASH, ESQ.
Bar No. 26750
Piper Rudnick LLP                                   Pitney, Hardin, Kipp & Szuch LLP
6225 Smith Avenue                                   P.O. Box 1945
Baltimore, MD 21209-3600                            Morristown, NJ 07962-1945
Telephone: (410) 580-3000                           Telephone: (973) 966-8246
Facsimile: (410) 580-3001                           Facsimile: (973) 966-1550

*************************************************************************

ORDER

☑ GRANTED                                           ☐ DENIED   Felicia C. Cannon

_7-19-02_                                           _____
Date                                                Clerk, United States District Court

904951A02071702