**ORIGINAL**

$50- FEE PAID
#1186862
FEE NOT PAID
(SEND LETTER)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ESTATE OF WILLIAM RYLAND MATTERN, III, et al., | * | |
| | * | |
| Plaintiffs, | | Case No. JFM 02 CV 1109 |
| vs. | * | |
| HONEYWELL INTERNATIONAL INC., | * | |
| Defendant. | * | |

*******

## MOTION FOR ADMISSION PRO HAC VICE

I, David W. Stamper, am a member in good standing of the bar of this Court. My bar number is 26750. I am moving the admission of Richard Plumpton to appear *pro hac vice* in this case as counsel for defendant Honeywell International Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of New Jersey | 6/24/02 |
| United States District Court for the District of New Jersey | 6/28/02 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.



905088A02071702

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

DAVID W. STAMPER, ESQ.
Bar No. 26750
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
Telephone: (410) 580-3000
Facsimile: (410) 580-3001

PROPOSED ADMITTEE

_____
Signature

RICHARD PLUMPTON, ESQ.

Pitney, Hardin, Kipp & Szuch LLP
P.O. Box 1945
Morristown, NJ 07962-1945   Prid 289641
Telephone: (973) 966-8395   Plid 98370
Facsimile: (973) 966-1550

*******************************************************************

ORDER

☑ GRANTED                    ☐ DENIED

7-19-02                      Felicia C. Cannon
_____            by: _____
Date                         Clerk, United States District Court