UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

September 4, 2002

MEMO TO COUNSEL RE: Estate of William Ryland Mattern, III, et al. v.
Honeywell International, Inc.
Civil No. JFM-02-1109

Dear Counsel:

This will confirm the schedule set during our telephone conference this morning.

| | |
|---|---|
| October 23, 2002 | Deadline for defendant to file summary judgment motion |
| November 22, 2002 | Deadline for plaintiff to file opposition (including a Rule 56(f) affidavit if she deems appropriate) |
| December 13, 2002 | Deadline for defendant's reply |

This will also confirm that in the interim all discovery is suspended.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

