IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ESTATE OF WILLIAM RYLAND        *
MATTERN III, et al.             *
                                *
        v.                      *   Civil No. JFM-02-1109
                                *
HONEYWELL INTERNATIONAL, INC.   *
                                *
                            *****

ORDER

For the reasons stated in the accompanying memorandum, it is this 22nd day of January 2003

ORDERED that

1. Defendant's motion for summary judgement is granted; and

2. This case is dismissed.

J. Frederick Motz
United States District Judge



9